THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER GLANCY,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTERLINE LOGISTICS CORPORATION, *et al.*,<br><br>    Defendants. | CASE NO. C21-1572-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  Plaintiff's motion for voluntary dismissal (Dkt. No. 12) is self-executing without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the case is DISMISSED without prejudice and without costs or fees to any party.

  DATED this 22nd day of December 2021.

                Ravi Subramanian
                Clerk of Court

                s/Sandra Rawski
                Deputy Clerk